UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOE L. HOWARD, )
 )
　　　　　Petitioner, )
v. ) No. 2:11-cv-241-JMS-DKL
 )
JOHN C. OLIVER, Warden, )
 )
　　　　　Respondent. )

**JUDGMENT GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that:

1.　　Joe Howard's petition for writ of habeas corpus is granted;

2.　　Howard's sentence imposed by the United States District Court for the Eastern District of Missouri in *United States v. Joe Howard*, No. 04-3662 EM is vacated and Howard is entitled to be re-sentenced without enhancement pursuant to the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e)(1) based on his 1983 conviction in a Missouri state court for auto theft;

3.　　This Judgment and the accompanying Entry shall be delivered to the Clerk of the United States District Court for the Eastern District of Missouri for filing in No. 04-3662 EM; and

4,　　Counsel for the respondent shall contact the United States Attorney for the Eastern District of Missouri to notify that official of this ruling.

Date: 04/10/2013

　　　　　　　　　　　　　　　　　　　　　　　　　_(signed)_
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jane Magnus-Stinson, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Joe L. Howard
30434-044
Forth Worth Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 15330
Fort Worth, TX 76119

Electronically Registered Counsel