UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:03CR273 CDP |
| ) | |
| JOE HOWARD, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to the Notice of Judgment Granting Petition for Writ of Habeas Corpus from the United States District Court for the Northern District of Indiana, I am today entering an amended judgment reducing defendant's sentence to time served. All other portions of the judgment remain as originally imposed.

**IT IS HEREBY ORDERED** that defendant's pro se motions for release on bond and for order of release [##112, 114] are denied as moot.

**IT IS FURTHER ORDERED** that defendant shall report in person to the United States Probation Office in St. Louis, Missouri within 72 hours of his release.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of May, 2013.